539 A.2d 779

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Mabel PHILLIPS, Respondent.**

Supreme Court of Pennsylvania.

Feb. 9, 1988.

## ORDER

PER CURIAM.

IT IS HEREBY ORDERED that this case is remanded to the Superior Court for further consideration in light of *Commonwealth v. Brady*, 510 Pa. 123, 507 A.2d 66 (1986).